UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:20-cr-00330-SEB-MJD |
| CAMERON JAY HELM, | ) ) | -02 |
| Defendant. | ) ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for January 26, 2023**

On this date, Defendant appeared in person, together with appointed counsel Dorie Ann Maryan, and the Government appeared by AUSA Kyle M. Sawa, together with the investigative agents, Nathan Schmidt and Derek Cress, for a change of plea and sentencing hearing. Latasha Cowart appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The Defendant was advised of his rights and the possible penalties.

- The Court accepted the parties' Stipulated Factual Basis as an adequate basis for the plea.

- Defendant pleaded guilty to Counts 2 & 3 of the Indictment.

- The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Counts 2 & 3 of the Indictment.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

    Incarceration: 240 months per count to run concurrently
    Supervised Release: 15 years per count to run concurrently
    Fine: $0.00

      AVAA Assessment: $10,000.00
      Restitution: $10,000.00
      Special Assessment: $200.00.

- The Government moved to dismiss Count 6.

- Defendant is remanded to the custody of the United States Marshal Service.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Dorie Ann Maryan
MARYAN LAW
doriemaryan@gmail.com

Kyle M. Sawa
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kyle.sawa@usdoj.gov